====================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__*NORTHERN*__  DISTRICT OF  __*NEW YORK*__

JUDGMENT IN A CIVIL CASE

DOCKET NO.        1:06cv746 (DNH/RFT)

ANNA TROMBLEY,

        **Plaintiff,**

COMMISSIONER OF SOCIAL SECURITY,

        **Defendant(s).**

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action is REMANDED for a de novo hearing, pursuant to the 6th sentence of 42 USC Section 405(g), in accordance with the Stipulation signed by the parties and "So Ordered" by USMJ Randolph F. Treece on 9/12/06. Further Ordered that the Court will retain jurisdiction over the within matter.

DATE: __September 13, 2006__

*Lawrence K. Baerman*
Clerk of Court

By: __s/William J. Griffin__
      DEPUTY CLERK